No. 115. TENNESSEE BURLEY TOBACCO GROWERS' ASSOCIATION ET AL. *v.* RANGE ET AL. Court of Appeals of Tennessee, Eastern Division. Certiorari denied. *Norman M. Littell* and *Frederick Bernays Wiener* for petitioners. *F. H. Parvin* for respondents. By invitation of the Court to express his views, 353 U. S. 981, *Solicitor General Rankin* filed memoranda for the United States, as *amicus curiae,* in opposition to the petition.

No. 120. DESSER, RAU & HOFFMAN ET AL. *v.* GOGGIN, TRUSTEE IN BANKRUPTCY. C. A. 9th Cir. Certiorari denied. *Jack L. Rau* and *Theodore E. Rein* for petitioners. *Robert H. Shutan* for respondent.

No. 129. DAYTON *v.* GILLILLAND ET AL., CONSTITUTING THE FOREIGN CLAIMS SETTLEMENT COMMISSION OF THE UNITED STATES, ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Paul Ackerman* for petitioner. *Solicitor General Rankin, Assistant Attorney General Doub, Samuel D. Slade* and *B. Jenkins Middleton* for respondents. *Philip Levy, Robert T. Reynolds* and *Paul M. Rhodes* filed a brief for Price et al., as *amici curiae,* in opposition.

No. 132. BANDEEN *v.* HOWARD ET AL., CONSTITUTING THE STATE BOARD OF HEALTH OF KENTUCKY, ET AL. Court of Appeals of Kentucky. Certiorari denied. *Blakey Helm* for petitioner. *William A. Lamkin, Jr.* for respondents.